Dismissed and Memorandum Opinion filed December 10,
2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00951-CR

____________

 

KAFFREY RAY JACKSON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 262nd District Court

 Harris County, Texas

Trial Court Cause No. 843641

 



 

M E M O R
A N D U M   O P I N I O N

Appellant entered a guilty plea to burglary. In accordance
with the terms of a plea bargain agreement with the State, the trial court
sentenced appellant on October 8, 2009, to confinement for six months in the
State Jail Division of the Texas Department of Criminal Justice.  We dismiss
the appeal.  

The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal. See Tex. R. App. P. 25.2(a)(2). The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d). The record supports the
trial court=s certification. See Dears v. State, 154 S.W.3d 610, 615 (Tex.
Crim. App. 2005).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Panel consists of Justices
Frost, Boyce, and Sullivan.

Do Not Publish C Tex. R. App. P. 47.2(b)